## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.:  3:13-CV-260-DSC

| | |
|---|---|
| ANGALIS H. GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF CHARLOTTE; OFFICER A. | ) |
| RIVERS, individually and in his official | ) |
| Capacity as a police officer of the | ) |
| Charlotte-Mecklenburg Police | ) |
| Department, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on "Defendants' Motion for Summary Judgment" (document #14), as well as the parties' associated briefs, affidavits, and exhibits.  See documents ## 14, 15, 18, 19 and 20.

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c), and this Motion is now ripe for the Court's determination.

Having carefully considered the parties' arguments, the record, and the applicable authorities, the Court grants Defendants' Motion for Summary Judgment.  A detailed order will follow.

**SO ORDERED.**                    Signed: March 14, 2014

David S. Cayer
United States Magistrate Judge